THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:09-CV-00181-D

| | |
|---|---|
| REX T. GILBERT, JR. AND | ) |
| DANIELA L. GILBERT, | ) |
| | ) |
| PLAINTIFFS, | ) |
| | ) |
| v. | ) |
| | ) |
| DEUTSCHE BANK TRUST COMPANY | ) |
| AMERICAS, AS TRUSTEE FOR | ) |
| RESIDENTIAL ACCREDIT LOANS, | ) |
| INC. DAVID A SIMPSON, P.C., | ) |
| SUBSTITUTE TRUSTEE, | ) |
| RESIDENTIAL FUNDING, LLC | ) |
| AND GMAC MORTGAGE, LLC | ) |
| DEFENDANTS. | ) |
| | ) |
| | ) |
| | ) |

**ORDER ALLOWING DEFENDANTS', DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., RESIDENTIAL FUNDING, LLC AND GMAC MORTGAGE, LLC, MOTION TO EXTEND THE DEADLINE TO CONDUCT THE RULE 26(f) MEETING.**

THIS MATTER coming before the undersigned Judge, on motion of the Defendants to extend the deadline to conduct the Rule 26(f) meeting, with no objection from Plaintiffs' counsel, and finding that good cause exists for the allowance of the motion, hereby enters the following order:

1. The court dispenses with the time requirement under Local Rule 7.1 to allow for a response to this Motion since Plaintiffs through counsel have no objection to the Motion. In addition, the court dispenses with the memorandum requirement of

1

Local Rule 7.1 since Plaintiffs through counsel have no objection to the Motion.

    2.   The deadline to conduct the Rule 26(f) meeting in this matter is extended by 14 days to Friday, July 2, 2010.

    This the ___ day of _____, 2010.

_____
Honorable James C. Dever III
United States District Judge