# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

| | |
|---|---|
| REX T. GILBERT, JR. and <br> DANIELA L. GILBERT, <br>     Plaintiffs, <br><br> v. <br><br><br> DEUTSCHE BANK TRUST COMPANY, <br> RESIDENTIAL FUNDING, LLC, <br> GMAC MORTGAGE, LLC, and <br> DAVID AL. SIMPSON, P.C., Substitute Trustee, <br>     Defendants. | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 4:09-CV-181-D** |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that the Court GRANTS the Defendants' Motion to Dismiss [D.E. 6].

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**JULY 8, 2010**</u> WITH A COPY TO:

Katherine Suzanne Parker-Lowe (via CM/ECF Notice of Electronic Filing)
Nicholas James Voelker (via CM/ECF Notice of Electronic Filing)


<u>July 8, 2010</u>                                           DENNIS P. IAVARONE, Clerk
Date                                                   Eastern District of North Carolina
                                                            <u>/s/ Debby Sawyer              </u>
                                                            (By) Deputy Clerk

<u>       </u>
Raleigh, North Carolina