IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:09-CV-181-D

| | |
|---|---|
| REX T. GILBERT, JR and DANIELA L. GILBERT,<br><br>   *Plaintiffs*,<br><br>v.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., DAVID A. SIMPSON, P.C., SUBSTITUTE TRUSTEE, RESIDENTIAL FUNDING, LLC AND GMAC MORTGAGE, LLC,<br><br>   *Defendan*ts. | |

## NOTICE OF APPEARANCE OF AMY E. PUCKETT

Amy E. Puckett of the law firm Bradley Arant Boult Cummings LLP hereby gives notice of her appearance in this proceeding as counsel on behalf of Defendant Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc. Series 2006-QA6.

I respectfully request that all future documents, including but not limited to pleadings, notices, motions, and discovery, be served upon me as co-counsel for Defendant Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc. Series 2006-Q36.

1

Respectfully submitted this 17th day of February, 2016.

**BRADLEY ARANT BOULT CUMMINGS LLP**

/s Amy E. Puckett
Amy E. Puckett (NC Bar No. 43142)
Bank of America Corporate Center
100 N. Tryon Street, Suite 2690
Charlotte, NC 28202
Telephone: (704) 338-6000
Fax: (704) 332-8858
E-mail: apuckett@babc.com

*ATTORNEY for DEFENDANT DEUTSCHE BANK TRUST COMPANY AMERICAS*

## CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the foregoing **NOTICE OF APPEARANCE OF AMY E. PUCKETT** was served on February 17, 2016, via ECF which gave notice to all counsel of record, with a courtesy copy by electronic mail to the following.

Katherine Parker-Lowe
35 Miss Elecia Lane, Suite 101
P.O. Box 730
Ocracoke, North Carolina 27960
katherine@ocracokelaw.com
*Attorneys for Plaintiffs*

David A. Simpson
501 Minute Lane, Suite 104A
Charlotte, NC 28217
*Co-Defendant*

This 17th day of February, 2016.

            /s Amy E. Puckett
            Amy E. Puckett, Esq.