THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:09-CV-00181-D

REX T. GILBERT, JR. and )
DANIELA L. GILBERT, )
      Plaintiffs, )
)
v. )
)
)
DEUTSCHE BANK TRUST COMPANY )
AMERICAS, *As Trustee for*, )
RESIDENTIAL ACCREDIT LOANS, INC, )
DAVID A. SIMPSON, P.C., Substitute Trustee, )
RESIDENTIAL FUNDING, LLC, GMAC )
MORTGAGE, LLC, and OCWEN LOAN )
SERVICING, LLC., )
      Defendants. )
)

ORDER

This matter comes before the undersigned on Plaintiffs' Motion for extension of time to respond to Defendants' Motion for Partial Summary Judgment. For good cause shown Plaintiffs have through and including June 17, 2016 to file a response to Defendants' Motion for Partial Summary Judgment.

This the 2 day of June 2017.

                     _____Dever_____